DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM, AL 35283-0794




**EXHIBIT A**

**NOTICE OF INTENT TO INITIATE ADMINISTRATIVE WAGE GARNISHMENT PROCEEDINGS**

September 13, 2024



Sheila Hill
5435 WHITBY AVE
PHILADELPHIA PA 19143-4156

Federal Agency: Small Business Administration Small Business Administration
Amount of the Debt: $23,008.95
Treasury Case Number: L47057103

We continue to try to collect the debt you owe to the Small Business Administration, Small Business Administration. You have failed to pay your debt in full or otherwise make arrangements to resolve the debt. The Small Business Administration previously sent you a letter explaining why you owe this debt. If you do not pay your debt or take other action described below, we, on behalf of the Small Business Administration will issue a Wage Garnishment Order to your employer to collect the debt. The Wage Garnishment Order will require your employer to deduct up to 15% from your disposable pay each pay period until your debt, including all interest, penalties and costs, is paid in full. Your employer will be required to send the amounts deducted to us for payment to the Small Business Administration.

If you pay your debt in full or enter into a repayment plan acceptable to Treasury before October 13, 2024, a Garnishment Order will not be issued to your employer.

**TO PAY YOUR DEBT IN FULL** (Note - we do not accept credit card payments):
You may go online and pay with your debit card using Pay.gov (www.pay.gov/paygov/paymydebt).
You may call a Debt Recovery Analyst toll free at 1-888-826-3127 and provide them your debit card number.

Hearing impaired persons should use the Federal Relay Service by dialing 1-(800) 877-8339 to reach a Communications Assistant, who will dial the toll-free number. You may also pay by check, money order or debit card using the payment coupon below. Checks and money orders should be made payable to the U.S. Department of the Treasury. Please include the Treasury Case Number L47057103 in the memo section of your check or money order and enclose it with the coupon below. When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. Mail your payment and payment coupon to:

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197-9000

**TO ENTER INTO A WRITTEN PAYMENT AGREEMENT:** You may enter into a written payment agreement with us which specifies monthly payments. If you fail to make payments as required under the payment agreement, we may issue a Wage Garnishment Order to your employer without further notice to you. Call us at the toll-free telephone number below to discuss the terms of a payment agreement.

You are also entitled to:
**INSPECT AND COPY YOUR RECORDS:** You may inspect and copy the Small Business Administration's records related to your debt by writing us or calling us at the address and telephone number listed below.



AWGNLD_130_ fdv1        0000000190L47057103   NLD_0001904600 121

**REQUEST A HEARING:** You may request a hearing regarding the validity or amount of the debt. If the proposed garnishment would cause financial hardship, you may also request the garnishment amount be adjusted. These requests must be made in writing by completing, signing, and mailing the enclosed Request for Hearing form to the address listed below. If we receive your written request for a hearing on or before October 5, 2024, we will not issue a Wage Garnishment Order until your hearing is held and a decision is reached. If the reason for your dispute has only been reviewed as part of an administrative review, then you have the right to have your dispute considered by a hearing official. If, however, you have already had a hearing on the issues you raise in your dispute, you will not be provided an additional hearing. If your request is not received by the deadline, Treasury may issue a Wage Garnishment Order before your hearing is held. Hearing procedures are described in the enclosure included with this letter.

If you have filed for bankruptcy and an automatic bankruptcy stay is in effect, please notify us. We will not garnish your pay while the stay is in effect. Your requirement to notify us is complete upon receipt of a phone call or written notice providing details of the bankruptcy. Also, if you have not held your current job for at least 12 months and you were involuntarily separated from your last job you may be ineligible for garnishment. But you must forward to us documentation showing dates of your termination and hiring.

**HOW TO CONTACT US.** If you have any questions about this letter, call or write to us at:

U.S. Department of the Treasury
Attention: AWG Analyst
Administrative Wage Garnishment Liaison
Post Office Box 830794
Birmingham, AL 35283-0794
1-888-826-3127

Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant, who will dial the toll-free number.

U.S. Department of the Treasury
Bureau of the Fiscal Service

SEE ENCLOSURE FOR IMPORTANT
INFORMATION ABOUT ADMINISTRATIVE WAGE
GARNISHMENT

Enclosures:
Request for Hearing
Important Information Concerning Administrative Wage Garnishment
Payment Coupon

AWGNLD_130_ fdv1    0000000190L47057103    NLD_0001904600 121

000299-2-5
00000815