INSTAFITNESS LLC
PO Box 721
Sellersville PA  18960

1406-1523
EE ID: 17

SHEILA C HILL
159 N 62ND STREET
PHILADELPHIA PA  19139



**NON-NEGOTIABLE**

**PERSONAL AND CHECK INFORMATION**
Sheila C Hill
159 n 62nd street
Philadelphia, PA  19139
**Employee ID:** 17

**Pay Period:** 03/30/25 **to** 04/05/25
**Check Date:** 04/11/25    **Check #:** 14834

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 680 | 1337.13 | 20806.15 |
| **NET PAY** | **1337.13** | **20806.15** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 40.0000 | 72500 | 290.00 | 600.0000 | 4350.00 |
| | | Commission | | | 1877.42 | | 24189.47 |
| | | **Total Hours** | 40.0000 | | | 600.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 2167.42 | | 28539.47 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 134.38 | 1769.45 |
| | Medicare | | 31.43 | 413.82 |
| | Fed Income Tax | S 4 | 279.18 | 3347.74 |
| | PA Income Tax | | 66.54 | 876.15 |
| | PA Unemploy | | 1.52 | 19.97 |
| | PA PHILA-Phi Inc | | 81.28 | 1070.23 |
| | **TOTAL** | | 594.33 | 7497.36 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 235.96 | 22909.75 | 235.96 |
| | **TOTAL** | 235.96 | | 235.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1337.13** | **20806.15** |

Payrolls by Paychex, Inc.
0025 1406-1523  Instafitness LLC • PO Box 721 • Sellersville PA  18960 • (609) 636-1505

INSTAFITNESS LLC
PO Box 721
Sellersville PA  18960

EE ID: 1406-1523

SHEILA C HILL
159 N 62ND STREET
PHILADELPHIA PA  19139

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheila C Hill
159 n 62nd street
Philadelphia, PA  19139
**Employee ID:** 17

**Pay Period:** 04/06/25 **to** 04/12/25
**Check Date:** 04/18/25   **Check #:** 14842

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 680 | 1343.37 | 22149.52 |
| **NET PAY** | **1343.37** | **22149.52** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 40.0000 | 72500 | 290.00 | 640.0000 | 4640.00 |
| | | Commission | | | 1889.00 | | 26078.47 |
| | | **Total Hours** | 40.0000 | | | 640.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 2179.00 | | 30718.47 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 135.10 | 1904.55 |
| | Medicare | | 31.60 | 445.42 |
| | Fed Income Tax | S 4 | 281.73 | 3629.47 |
| | PA Income Tax | | 66.90 | 943.05 |
| | PA Unemploy | | 1.53 | 21.50 |
| | PA PHILA-Phi Inc | | 81.71 | 1151.94 |
| | **TOTAL** | | 598.57 | 8095.93 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 237.06 | 22672.69 | 473.02 |
| | **TOTAL** | 237.06 | | 473.02 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1343.37** | **22149.52** |

*Payrolls by Paychex, Inc.*
0025  1406-1523  Instafitness LLC • PO Box 721 • Sellersville PA  18960 • (609) 636-1505

INSTAFITNESS LLC
PO Box 721
Sellersville PA 18960

EE ID: 1406-1523

SHEILA C HILL
159 N 62ND STREET
PHILADELPHIA PA 19139

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Sheila C Hill
159 n 62nd street
Philadelphia, PA 19139
**Employee ID:** 17

**Pay Period:** 04/13/25 **to** 04/19/25
**Check Date:** 04/25/25    **Check #:** 14850

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 680 | 1376.16 | 23525.68 |
| **NET PAY** | **1376.16** | **23525.68** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 40.0000 | 72500 | 290.00 | 680.0000 | 4930.00 |
| | | Commission | | | 1949.75 | | 28028.22 |
| | | **Total Hours** | 40.0000 | | | 680.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 2239.75 | | 32958.22 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 138.86 | 2043.41 |
| | Medicare | | 32.47 | 477.89 |
| | Fed Income Tax | S 4 | 295.09 | 3924.56 |
| | PA Income Tax | | 68.76 | 1011.81 |
| | PA Unemploy | | 1.57 | 23.07 |
| | PA PHILA-Phi Inc | | 83.99 | 1235.93 |
| | **TOTAL** | | 620.74 | 8716.67 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 242.85 | 22429.84 | 715.87 |
| | **TOTAL** | 242.85 | | 715.87 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1376.16** | **23525.68** |

*Payrolls by Paychex, Inc.*
0025 1406-1523 Instafitness LLC • PO Box 721 • Sellersville PA 18960 • (609) 636-1505

INSTAFITNESS LLC
PO Box 721
Sellersville PA 18960

EE ID: 1406-1523

SHEILA C HILL
159 N 62ND STREET
PHILADELPHIA PA 19139

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheila C Hill
159 n 62nd street
Philadelphia, PA 19139
**Employee ID:** 17

**Pay Period:** 04/20/25 **to** 04/26/25
**Check Date:** 05/02/25    **Check #:** 14858

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 680 | 719.85 | 24245.53 |
| **NET PAY** | **719.85** | **24245.53** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 40.0000 | 72500 | 290.00 | 720.0000 | 5220.00 |
| | | Commission | | | 782.47 | | 28810.69 |
| | | **Total Hours** | 40.0000 | | | 720.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 1072.47 | | 34030.69 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 66.49 | 2109.90 |
| | Medicare | | 15.56 | 493.45 |
| | Fed Income Tax | S 4 | 69.65 | 3994.21 |
| | PA Income Tax | | 32.92 | 1044.73 |
| | PA Unemploy | | 0.75 | 23.82 |
| | PA PHILA-Phi Inc | | 40.22 | 1276.15 |
| | **TOTAL** | | 225.59 | 8942.26 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 127.03 | 22302.81 | 842.90 |
| | **TOTAL** | 127.03 | | 842.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **719.85** | **24245.53** |

*Payrolls by Paychex, Inc.*
0025 1406-1523 Instafitness LLC • PO Box 721 • Sellersville PA 18960 • (609) 636-1505

INSTAFITNESS LLC
PO Box 721
Sellersville PA  18960

EE ID: 1406-1523

SHEILA C HILL
159 N 62ND STREET
PHILADELPHIA PA  19139

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheila C Hill
159 n 62nd street
Philadelphia, PA  19139
**Employee ID:** 17

**Pay Period:** 04/27/25 **to** 05/03/25
**Check Date:** 05/09/25    **Check #:** 14866

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 680 | 1360.65 | 25606.18 |
| **NET PAY** | **1360.65** | **25606.18** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 72500 | 290.00 | 760.0000 | 5510.00 |
| | Commission | | | 1920.99 | | 30731.68 |
| | **Total Hours** | 40.0000 | | | 760.0000 | |
| | **Total Hrs Worked** | 40.0000 | | | | |
| | **Gross Earnings** | | | 2210.99 | | 36241.68 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 137.08 | 2246.98 |
| Medicare | | 32.05 | 525.50 |
| Fed Income Tax | S 4 | 288.76 | 4282.97 |
| PA Income Tax | | 67.88 | 1112.61 |
| PA Unemploy | | 1.55 | 25.37 |
| PA PHILA-Phi Inc | | 82.91 | 1359.06 |
| **TOTAL** | | 610.23 | 9552.49 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | BALANCE | YTD ($) |
|---|---|---|---|
| Garnishment | 240.11 | 22062.70 | 1083.01 |
| **TOTAL** | 240.11 | | 1083.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1360.65** | **25606.18** |

*Payrolls by Paychex, Inc.*
0025  1406-1523  Instafitness LLC • PO Box 721 • Sellersville PA  18960 • (609) 636-1505