*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sheila Hill<br>Debtor(s) | ) ) ) | Case No. 25–11241–djb<br>Chapter 13 |
| Sheila Hill<br>Plaintiff(s) | ) ) ) ) | Adversary No. 25–00147–djb |
| v. | ) ) | |
| Kelly Loeffler<br>Defendant(s) | ) ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before June 16, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before June 20, 2025.

    Address of the clerk                                      Eastern District of Pennsylvania
                                                                              900 Market Street
                                                                              Suite 400
                                                                              Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                  BRAD J. SADEK
                                                                              Sadek Law Offices, LLC
                                                                              1500 JFK Boulevard
                                                                              Ste 220
                                                                              Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                        For The Court

                                                                                                                        Timothy B. McGrath
                                                                                                                        Clerk of Court

Date: May 16, 2025