# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sheila Hill, *Debtor*. | Case No. 25-11241-djb <br> Chapter 13 |
| Sheila Hill, *Plaintiff*, <br><br> v. <br><br> Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration*, <br><br> *Defendant*. | Adversary No. 25-00147-djb |

**Certificate of Service**

    I, Michael I. Assad, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, May 16, 2026, by regular, first-class United States mail, postage pre-paid, addressed to:

General Counsel
U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416

Pamela J. Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

David Metcalf
United States Attorney
U.S. Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Date: May 16, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com