# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sheila Hill,<br><br>*Debtor*. | Case No. 25-11241-djb<br>Chapter 13 |
| Sheila Hill,<br><br>*Plaintiff*,<br><br>v.<br><br>Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration*,<br><br>*Defendant*. | Adversary No. 25-00147-djb |

### Plaintiff's Motion for Default Judgment

**AND NOW**, Plaintiff Sheila Hill, through her attorney, moves this Court for a judgment by default, and shows that:

1. The Complaint was filed in this Court on May 15, 2025.

2. The Summons and Complaint were duly served on Defendant Kelly Loeffler on May 16, 2025.

3. No answer or other defense has been filed by the Defendant.

4. Default was entered by the Clerk on June 23, 2025.

5. No proceedings have been taken by the Defendant since default was entered.

6. The Defendant is not in military service and is not an infant or incompetent.

**NOW, THEREFORE**, the Plaintiff respectfully requests that this Court enter judgment in her favor and against the Defendant and:

A. order the Defendant to immediately cease all wage garnishment activity;

B. order the Defendant to turn over all wages garnished from the Plaintiff after March 31, 2025;

C. award the Plaintiff reasonable attorney's fees and costs incurred in enforcing the automatic stay;

D. grant such other and further relief in the Plaintiff's favor as the Court deems necessary and proper under the law.

**SADEK LAW OFFICES, LLC**
*Attorney for Plaintiff*

Date: June 24, 2025         By:/s/ Michael I. Assad
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

2