**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sheila Hill,<br><br>*Debtor*. | Case No. 25-11241-djb<br>Chapter 13 |
| Sheila Hill,<br><br>*Plaintiff*,<br><br>v.<br><br>Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration*,<br><br>*Defendant*. | Adversary No. 25-00147-djb |

**Order of Final Judgment by Default**

**AND NOW**, upon consideration of the Motion for Default Judgment filed by Plaintiff Sheila Hill, and after notice and hearing, the court finds that:

A. The Complaint was filed in this court on May 15, 2025.

B. The Summons and Complaint were duly served on Defendant Kelly Loeffler on May 16, 2024, and no answer or other defense has been filed by the Defendant.

C. Default was entered by the Clerk on June 23, 2025.

D. No proceedings have been taken by the Defendant since default was entered.

E. Good cause exists to order default judgment under Fed. R. Civ. P. 55(b)(2).

For those reasons, and for other good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. **FINAL JUDGMENT IS ENTERED** in favor of the Plaintiff and against the Defendant.

2. The Defendant must immediately cease all wage garnishment and collection activity against the Plaintiff related to prepetition debt.

3. The Defendant is directed to **TURN OVER** to the Plaintiff the amount of $_____, representing post-petition wages withheld in violation of the automatic stay.

4. The Plaintiff is awarded attorney's fees and costs in the amount of $_____ pursuant to 11 U.S.C. § 362(k).

5. The Court retains jurisdiction to enforce the terms of this Order.

Date: _____

Derek J. Baker
U.S. Bankruptcy Judge

2