**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sheila Hill,<br><br>*Debtor*. | Case No. 25-11241-djb<br>Chapter 13 |
| Sheila Hill,<br><br>*Plaintiff*,<br><br>v.<br><br>Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration*,<br><br>*Defendant*. | Adversary No. 25-00147-djb |

## Declaration of Michael I. Assad

I, Michael I. Assad, declare as follows:

1. I am the attorney for Plaintiff Sheila Hill in this adversary proceeding and submit this declaration in support of the Plaintiff's request for reasonable attorney's fees under 11 U.S.C. § 362(k).

2. My hourly rate is $475, which is consistent with prevailing rates for attorneys with comparable experience in this district.

3. I have spent a total of 8.00 hours on this matter. Below is a breakdown:

| Description | Hours |
|---|---|
| Communication with plaintiff | 1.00 |
| Communication with AUSA | 0.50 |
| Preparation of complaint and exhibits | 2.00 |
| Preparation of request for default | 0.50 |
| Preparation of motion for default judgment | 1.00 |
| Prepared attorney and plaintiff declarations | 1.50 |
| Represented plaintiff at default judgment hearing* | 1.50 |

*Anticipated

4. The total amount of attorney's fees incurred is $3,800.00.

5. All services described above were performed or incurred for or on behalf of the Plaintiff and related to this adversary action.

6. All services described above are actual, necessary services and the compensation requested for those services is reasonable.

7. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: July 18, 2025                              /s/ Michael I. Assad
                                             Michael I. Assad