| | | |
|---|---|---|
| Mike Assad<br>215-545-0008<br>michael@sadeklaw.com | **Sadek Law Offices, LLC**<br>1500 JFK Boulevard, Suite 220<br>Philadelphia, PA 19102 | |

August 4, 2025

**VIA CM/ECF**
Hon. Derek J. Baker
United States Bankruptcy Court
900 Market Street
Philadelphia, PA 19107

Re:  *In re Sheila Hill*, Chapter 13 Case No. 25-11241-djb
     *Hill v. Loeffler*, Adversary Case No. 25-00147-djb
     **Brief in Support of Motion for Default Judgment**

Dear Judge Baker:

I write to answer the questions raised by the Court at the hearing of July 24, 2025. First, whether Defendant Kelly Loeffler, in her official capacity as Administrator of the U.S. Small Business Administration, is an appropriate defendant rather than the SBA itself. Second, whether service of the summons addressed to the SBA's General Counsel is legally sufficient. Third, whether service on the U.S. Attorney personally, rather than on his civil process clerk, satisfies the applicable service requirements.

I believe that the Plaintiff can make a good argument in support of the complaint and the way in which it was served. However, it would take less time to simply amend the complaint to add the Small Business Administration as a defendant and serve it in strict compliance with the rules.

The Plaintiff respectfully suggests that the Court enter relief in the form of order attached.

Sincerely,

**SADEK LAW OFFICES, LLC**

By: */s/ Michael I. Assad*