**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sheila Hill,<br><br>*Debtor.* | Case No. 25-11241-djb<br>Chapter 13 |
| Sheila Hill,<br><br>*Plaintiff,*<br><br>v.<br><br>Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration,*<br><br>*Defendant.* | Adversary No. 25-00147-djb |

**ORDER**

    **AND NOW**, upon consideration of the Motion for Default Judgment filed by Plaintiff Sheila Hill, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **DENIED** without prejudice.

2. The default entered against Defendant Kelly Loeffler is **VACATED**.

3. The Plaintiff is granted leave to amend the complaint for the sole purpose of adding the U.S. Small Business Administration as a defendant on or before August 14, 2025.

4. If the main bankruptcy case is dismissed before entry of judgment in this proceeding, the Court retains jurisdiction over Count II to the extent that it requests relief under 11 U.S.C. § 362(k).

5. This order is effective without any further reference to its terms in any subsequent dismissal of the main bankruptcy case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case

Date: **August 6, 2025**

                                                  Derek J. Baker
                                                  U.S. Bankruptcy Judge