*Form L247* (3/23)–doc 17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sheila Hill<br>   Debtor(s) | ) ) ) | Case No. 25–11241–djb<br>Chapter 13 |
| Sheila Hill<br>   Plaintiff(s) | ) ) ) ) | Adversary No. 25–00147–djb |
| v. | ) ) | |
| Kelly Loeffler<br>   Defendant(s) | ) ) | |

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before September 8, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before September 11, 2025.

    Address of the clerk                                  Eastern District of Pennsylvania
                                                                    900 Market Street
                                                                    Suite 400
                                                                    Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                    BRAD J. SADEK
                                                                    Sadek Law Offices, LLC
                                                                      1500 JFK Boulevard
                                                                      Ste 220
                                                                      Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                            For The Court

                                                                                            Timothy B. McGrath
                                                                                            Clerk of Court

Date: August 7, 2025