United States Bankruptcy Court

Eastern District of Pennsylvania

Hill,
    Plaintiff

Loeffler,
    Defendant

Adv. Proc. No. 25-00147-djb

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Aug 06, 2025      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Kelly Loeffler, U.S. Small Business Administration, Office of General Counsel, 409 3rd St. SW, Washington, DC 20416-0011 |
| pla | + | Sheila Hill, 159 N. 62nd Street, Philadelphia, PA 19139-2213 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 07 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Aug 07 2025 00:33:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 07 2025 00:33:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025      Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2025 | Form ID: pdf900 | Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Plaintiff Sheila Hill brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sheila Hill,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-11241-djb<br>Chapter 13 |
| Sheila Hill,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>Kelly Loeffler, *in her official capacity as Administrator of the U.S. Small Business Administration*,<br><br>　　　　　　　　　　*Defendant*. | Adversary No. 25-00147-djb |

**ORDER**

**AND NOW**, upon consideration of the Motion for Default Judgment filed by Plaintiff Sheila Hill, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **DENIED** without prejudice.

2. The default entered against Defendant Kelly Loeffler is **VACATED**.

3. The Plaintiff is granted leave to amend the complaint for the sole purpose of adding the U.S. Small Business Administration as a defendant on or before August 14, 2025.

4. If the main bankruptcy case is dismissed before entry of judgment in this proceeding, the Court retains jurisdiction over Count II to the extent that it requests relief under 11 U.S.C. § 362(k).

5. This order is effective without any further reference to its terms in any subsequent dismissal of the main bankruptcy case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case

Date: **August 6, 2025**

　　　　　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge